1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| LUCIO ROJAS LOPEZ, | ) CV 14-00979-DDP (JEM)<br>)<br>) ORDER ACCEPTING REPORT AND<br>) RECOMMENDATION OF UNITED<br>) STATES MAGISTRATE JUDGE |
| Petitioner, | |
| v. | ) |
| DAVID LONG, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The court accepts the findings and recommendations of the Magistrate Judge.

1        IT IS THEREFORE ORDERED that Judgment be entered denying the

2   Petition and the action is dismissed with prejudice.

3   DATED: May 1, 2015

                      DEAN D. PREGERSON
                      UNITED STATES DISTRICT JUDGE